IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEPHANIE ANDERSON                                                                               PLAINTIFF

V.                                                                                      NO: 5:06CV159DCB-JMR

SAMUEL V. RAGER, ET AL.                                                                      DEFENDANTS

### AGREED ORDER OF DISMISSAL

This cause having come before the Court upon the motion *ore tenus* of the separate plaintiff, Stephanie Anderson, and the defendants, requesting a dismissal with prejudice, and the Court having been advised in the premises, and having been further advised that these parties have reached an amicable compromise agreement, finds that the motion is well taken and that the same should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint of the separate plaintiff, Stephanie Anderson, against the defendants, is hereby dismissed with prejudice, with each of the parties to bear their own costs.

SO ORDERED, this the   9th   day of   January  , 2008.

                                             s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE

AGREED TO BY:

s/Bill Patterson
BILL PATTERSON
ATTORNEY FOR SAMUEL V. RAGER & FYR-FYTER SALES & SERVICE, INC., AND EMPLOYERS MUTUAL INSURANCE COMPANIES

s/Bryan H. Callaway
BRYAN H. CALLAWAY
ATTORNEY FOR STEPHANIE ANDERSON